```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-02287-HWV
Walter Sheldon Griess                                               Chapter 13
Gloria J Griess
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke                Page 1 of 2              Date Rcvd: Jul 08, 2020
                               Form ID: 3180WJ2               Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db            #+Walter Sheldon Griess,   925 Forbes Road,   Carlisle, PA 17013-1722
jdb           #+Gloria J Griess,   925 Forbes Road,   Carlisle, PA 17013-1722
4928576       +Allbettercare Urgent Care Center,    PO Box 723,   New Cumberland, PA 17070-0723
4928577        Arnot Medical Services, PLLC,    Elmira Medical Arts Center,   571 St. Joseph's Blvd. 2nd Floor,
                 Elmira, NY 14901-3230
4982617        Citibank, N.A.,   c/o Quantum3 Group LLC,    PO Box 280,   Kirkland, WA 98083-0280
4928583       +Ditech,   Attn: Bankruptcy,   Po Box 6172,   Rapid City, SD 57709-6172
4951574        Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
4939089        Navient Solutions, LLC. on behalf of,   United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,   Wilkes Barre, PA 18773-9430
4928589       +Summit Physicians Services,    785 5th Avenue, Suite 3,   Chambersburg, PA 17201-4232
4928592       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4928579       +EDI: CAPITALONE.COM Jul 08 2020 23:38:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
4928580       +EDI: CITICORP.COM Jul 08 2020 23:38:00      Citibank North America,
                 Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,   Saint Louis, MO 63179-0040
4928581       +EDI: WFNNB.COM Jul 08 2020 23:38:00      Comenitycapital/boscov,   Comenity Bank,
                 Po Box 182125,   Columbus, OH 43218-2125
4928582       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 08 2020 19:44:09      Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
4928584       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 19:44:09      LVNV Funding,
                 Po Box 10497,   Greenville, SC 29603-0497
4968459        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 19:44:09
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4967807        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 19:44:09
                 LVNV Funding, LLC its successors and assigns as,   assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4928585       +E-mail/Text: unger@members1st.org Jul 08 2020 19:38:01      Members 1st F C U,   5000 Louise Dr,
                 Mechanicsburg, PA 17055-4899
4928586       +E-mail/Text: unger@members1st.org Jul 08 2020 19:38:01      Members 1st Federal,
                 5000 Louise Dr,   Mechanicsburg, PA 17055-4899
4928587       +EDI: MID8.COM Jul 08 2020 23:38:00      Midland Funding,   Attn: Bankruptcy,   Po Box 939069,
                 San Diego, CA 92193-9069
4979845       +EDI: MID8.COM Jul 08 2020 23:38:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,   PO Box 2011,
                 WARREN, MI 48090-2011
4928588       +EDI: NAVIENTFKASMSERV.COM Jul 08 2020 23:38:00      Navient,   Attn: Bankruptcy,   Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
4970101        EDI: PRA.COM Jul 08 2020 23:38:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4929117       +EDI: PRA.COM Jul 08 2020 23:38:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
4928590       +EDI: RMSC.COM Jul 08 2020 23:38:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 956060,   Orlando, FL 32896-0001
4984634       +E-mail/Text: bncmail@w-legal.com Jul 08 2020 19:37:52      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4928591       +EDI: WTRRNBANK.COM Jul 08 2020 23:38:00      Tnb-Visa (TV) / Target,
                 C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,   Minneapolis, MN 55440-9475
5064606        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 08 2020 19:37:37
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,   Madison WI 53708-8961
                                                                                               TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4928578*       Arnot Medical Services, PLLC,    Elmira Medical Arts Center,   571 St. Joseph's Blvd. 2nd Floor,
                 Elmira, NY 14901-3230
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
    Stephen Wade Parker    on behalf of Debtor 2 Gloria J  Griess Mooneybkecf@gmail.com, R61895@notify.bestcase.com
    Stephen Wade Parker    on behalf of Debtor 1 Walter Sheldon Griess Mooneybkecf@gmail.com, R61895@notify.bestcase.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Walter Sheldon Griess <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8341 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Gloria J Griess <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1319 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:17–bk–02287–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Gloria J Griess

**By the court:**

<u>7/8/20</u>

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180WJO2                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**