United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-02287-HWV
Walter Sheldon Griess  Chapter 13
Gloria J Griess
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Oct 14, 2020     Form ID: fnldecnd     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Walter Sheldon Griess, 925 Forbes Road, Carlisle, PA 17013-1722 |
| jdb | #+ | Gloria J Griess, 925 Forbes Road, Carlisle, PA 17013-1722 |
| 4928576 | + | Allbettercare Urgent Care Center, PO Box 723, New Cumberland, PA 17070-0723 |
| 4928577 | | Arnot Medical Services, PLLC, Elmira Medical Arts Center, 571 St. Joseph's Blvd. 2nd Floor, Elmira, NY 14901-3230 |
| 4928580 | + | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4982617 | | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 4928592 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 4928583 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 4951574 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 4928586 | + | Members 1st Federal, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 4939089 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 4928589 | + | Summit Physicians Services, 785 5th Avenue, Suite 3, Chambersburg, PA 17201-4232 |
| 4928591 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4928579 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 14 2020 19:58:39 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4928581 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 14 2020 19:36:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 4928582 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2020 19:58:41 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 4928584 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2020 19:58:41 | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 4968459 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2020 19:58:41 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4967807 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2020 19:59:14 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4928585 | + | Email/Text: unger@members1st.org | Oct 14 2020 19:36:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 4928587 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 14 2020 19:36:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 4979845 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2020 19:36:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 4928588 | + | Email/PDF: pa_dc_claims@navient.com | Oct 14 2020 19:58:41 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 4970101 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2020 19:59:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4929117 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2020 19:58:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4928590 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2020 19:59:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4984634 | + | Email/Text: bncmail@w-legal.com | Oct 14 2020 19:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5064606 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 14 2020 19:36:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4928578 | * | Arnot Medical Services, PLLC, Elmira Medical Arts Center, 571 St. Joseph's Blvd. 2nd Floor, Elmira, NY 14901-3230 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Stephen Wade Parker | on behalf of Debtor 2 Gloria J Griess Mooneybkecf@gmail.com  R61895@notify.bestcase.com |
| Stephen Wade Parker | |

on behalf of Debtor 1 Walter Sheldon Griess Mooneybkecf@gmail.com R61895@notify.bestcase.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Walter Sheldon Griess,<br>**Debtor 1**<br>Gloria J Griess,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:17−bk−02287−HWV |

Social Security No.:
    xxx−xx−8341    xxx−xx−1319

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Walter Sheldon Griess** in accordance with §1328 of the Bankruptcy Code.

Dated: October 14, 2020

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**fnldec** (05/18)